William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| MICHAEL SOSA, on behalf of himself and similarly situated consumers,<br>　　　　　Plaintiff, | CASE NO. 2:20-cv-00818 |
| vs. | Judge<br>Magistrate Judge |
| GREATER ALLIANCE FEDERAL CREDIT UNION; and TRANSUNION LLC;<br>　　　　　Defendants. | |

## TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Bergen County Superior Court, Law Division,, New Jersey, to the United States District Court for the District of New Jersey, Newark Division on the following grounds:

1.       Plaintiff Michael Sosa served Trans Union on or about January 21, 2020, with a Summons and Complaint filed in the Bergen County Superior Court, Law Division, New Jersey. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**, respectively.  No other process, pleadings or orders have been served on Trans Union.

2.      Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint at ¶ 1 and 20-26.

3.      This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.      Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Bergen County Superior Court, Law Division, New Jersey, to the United States District Court for the District of New Jersey, Newark Division.

5.      Counsel for Trans Union has confirmed with the Bergen County Superior Court of New Jersey, Law Division, via telephone that they have no document or other information suggesting any other Defendant has been served.  To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6.      Notice of this removal will promptly be filed with the Bergen County Superior Court, Law Division,, New Jersey and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Bergen County Superior Court, Law Division,, New Jersey to this United States District Court, District of New Jersey, Newark Division.

Date  January 24, 2020                          Respectfully submitted,


                                                *s/ William R. Brown*
                                                William R. Brown, Esq.   (WB5139)
                                                Schuckit & Associates, P.C.
                                                4545 Northwestern Drive
                                                Zionsville, IN  46077
                                                Telephone:  (317) 363-2400
                                                Fax:  (317) 363-2257
                                                E-Mail:  wbrown@schuckitlaw.com

                                                *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **24th day of January, 2020**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| None. | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of January, 2020**, properly addressed as follows:

| | |
|---|---|
| **for Plaintiff Michael Sosa**<br>Daniel Zemel, Esq.<br>Nicholas Linker, Esq.<br>Zemel Law LLC<br>1373 Broad Street, Suite 203-C<br>Clifton, NJ  07013 | |

*s/ William R. Brown*
William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*