UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL SOSA,<br><br>*Plaintiff,*<br><br>v.<br><br>GREATER ALLIANCE FEDERAL CREDIT UNION; TRANSUNION, LLC,<br><br>*Defendants.* | Civil No.: 2:20-cv-818 (KSH) (AME)<br><br>Hon. Katharine S. Hayden, U.S.D.J.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41 (a)(l )(A)(ii), all claims in above-captioned action against Defendant TransUnion, LLC ("TransUnion") are dismissed with prejudice, with each party bearing their own costs, expenses, and attorney's fees.

This stipulation may be executed in any number of counterparts, all of which taken together shall constitute one stipulation, and may be executed by facsimile or electronically transmitted signature.

Dated: May 2, 2024

| | |
|---|---|
| __/s/ Daniel Zemel_____<br>Daniel Zemel, Esq.<br>Nicholas Linker, Esq.<br>ZEMEL LAW LLC<br>660 Broadway<br>Paterson, NJ 07514<br>T: 862-227-3106<br><br>*Counsel for Michael Sosa* | _/s/ Jacqueline M. Weyand_____<br>Jacqueline M. Weyand<br>Patrick Doran<br>BUCHANAN INGERSOLL & ROONEY PC<br>Incorporated in Pennsylvania<br>550 Broad Street, Suite 810<br>Newark, NJ 07102-4582<br>(973) 273-9800<br><br>*Counsel for Trans Union, LLC* |

**So Ordered this 2nd of May, 2024. TransUnion is dismissed with prejudice. Plaintiff's motion for partial summary judgment (D.E. 117) will proceed against Greater Alliance Federal Credit Union only.**
**/s Katharine S. Hayden**
**Katharine S. Hayden, U.S.D.J.**