UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL SOSA,<br><br>      Plaintiff,<br><br>v.<br><br>GREATER ALLIANCE FEDERAL CREDIT UNION, *et al.*,<br><br>      Defendants. | Civil Action No.<br><br>20-cv-00818 (SDA)<br><br>**ORDER OF DISMISSAL** |

This matter having been reported settled and the Court having administratively terminated the action on December 5, 2024 (ECF No. 140) for sixty (60) days so that the parties could submit the papers necessary to terminate the case, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1; and the Court having conducted a conference on the record on March 7, 2025 wherein counsel and the parties stated on the record that they were in agreement regarding the terms of the settlement agreement and would submit a stipulation of dismissal following execution of the agreement; and the sixty-day time period having passed without the Court having received the necessary papers;

**IT IS** on this **20th** day of **May, 2025**

**ORDERED** that the Clerk of Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

**ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

                                            */s/ Stacey D. Adams*
                                            Hon. Stacey D. Adams
                                            United States Magistrate Judge