**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL SOSA, on behalf of himself and similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>GREATER ALLIANCE FEDERAL CREDIT UNION; TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:20-cv-00818-SDA<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the undersigned on behalf of Plaintiff Michael Sosa and Defendant Greater Alliance Federal Credit Union, that this action be and hereby is dismissed with prejudice and without costs to any party other than those costs identified in the Order dated October 8, 2025 (Dkt No. 153), which have been paid, and that this matter be closed.

Dated: November 5, 2025

**CONSENTED TO AND AGREED BY:**

| ZEMEL LAW, LLC | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| By: *s/ Daniel Zemel*<br>Daniel Zemel, Esq.<br>660 Broadway<br>Paterson, New Jersey 07514<br>Telephone: (862) 227-3106<br>E-mail: dz@zemellawllc.com<br>Attorneys for *Plaintiff Michael Sosa* | By: *Stephanie Imbornone*<br>Stephanie Imbornone, Esq.<br>290 W. Mt. Pleasant Ave., Suite 3310<br>Livingston, NJ 07039<br>Telephone: (973) 549-2500<br>E-mail: simbornone@grsm.com<br>Attorneys for *Defendant Greater Alliance Federal Credit Union* |

**SO ORDERED.**

_____
Hon. Stacey D. Adams
United States Magistrate Judge
Dated: November 7, 2025